**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**TRACY YOUNG**                                                                    **PLAINTIFF**

**V.**                                              **CIVIL ACTION NO. 1:22-CV-103-SA-DAS**

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security**                          **DEFENDANT**

## REPORT AND RECOMMENDATION

This matter has been referred to the magistrate judge for consideration of the plaintiff's motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. The application was not filed on the proper form, does not provide the necessary information, and is not under oath.

On August 23, 2022 the court ordered the plaintiff to correct the application by submitting the appropriate form under oath within seven days. The plaintiff has failed to file a proper application to proceed without prepayment of costs and has not requested additional time.

The undersigned recommends that the motion for leave to proceed *in forma pauperis* be denied, and the plaintiff granted a reasonable time in which to pay the filing fee.

The plaintiff is referred to 28 U.S.C. 636(b)(1) and Local Rule 72(a)(3) for the appropriate procedure in the event any plaintiff desires to file objections to these findings and recommendations. Objections are required to be in writing and must be filed within 14 days of this date. Failure to file written objections to the proposed finding and recommendations

contained in this report within fourteen days from the date of filing will bar an aggrieved party from challenging on appeal both the proposed factual findings and the proposed legal conclusions accepted by the district court *Douglass v. United Services Automobile Association*, 79 F.3d 1415 (5th Cir. 1996).

  **THIS** the 8th day of September, 2022.


        **/s/ David A. Sanders**     
        **U.S. MAGISTRATE JUDGE**