IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TRACY YOUNG                                                                PLAINTIFF

v.                                                        NO. 1:22-CV-00103-GHD-DAS

KILOLO KIJAKAZI, COMMISSIONER
OF SOCIAL SECURITY ADMINISTRATION                          RESPONDENT

ORDER MOOTING PLAINTIFF'S MOTION TO PROCEED IFP

Presently before the Court is the Plaintiff's Motion to Proceed *In Forma Pauperis* [2].

Subsequent to the filing of her motion, the Plaintiff paid the requisite filing fee. Simultaneously,

the Magistrate Judge assigned to this case entered a Report and Recommendation recommending

that the Plaintiff's motion be denied and that she be granted a reasonable time to pay the filing fee

[4]. Given that the Plaintiff has now paid the required filing fee, her motion to proceed *in forma

pauperis* is now moot, as is the Magistrate Judge's Report and Recommendation.

THEREFORE, it is hereby ORDERED that the Plaintiff's Motion to Proceed In Forma

Pauperis [2] and the Magistrate Judge's Report and Recommendation regarding that motion [4]

are MOOT.

SO ORDERED, this, the 16 day of September, 2022.

_____
SENIOR U.S. DISTRICT JUDGE